**Opinion issued June 12, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00411-CV

———————————

## IN RE JOHN FREDERICK HUNTLEY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator John Frederick Huntley, proceeding pro se, filed a Petition for Writ of Mandamus challenging the justice court's "judgment for possession against [him] . . . issued [on May 6, 2025] in an unlawful detainer case that fundamentally mischaracterized [him] as a tenant."  Relator argues he "is entitled to mandamus and

prohibition because the [j]ustice [c]ourt [l]ack[ed] jurisdiction to determine [a] title dispute[] . . . ."[1]

We deny the Petition for Writ of Mandamus.[2]  TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1]  The underlying case is *Nhung Marie Nguyen v. John Huntley*, Cause No. 25-JEV11-01598, pending in the Justice Court, Precinct 1, Place 1 of Fort Bend County, Texas, the Honorable Kelly N. Crow presiding.

[2]  The Court denied Relator's Motion for Temporary Relief on June 6, 2025.